**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| THOMAS J FRANKLIN #309155 | CIVIL ACTION NO. 22-5407 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| DUSTY WILLIAMS | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections (Record Document 21) filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Summary Judgment by Dusty Williams (Rec. Doc. 18) is **GRANTED** and that all claims asserted in this civil action are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this the 16th day of October, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE